## Antonsanti *v*. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan.

No. 6.—Resuelto en Junio 21, 1905.

Denegación de inscripción.—Anotación preventiva.—Efectos de la inscripción—Las anotaciones preventivas que deben tomar los Registradores de la Propiedad cuando denieguen la inscripción ó anotación de cualquier documento, por defectos insubsanables del mismo, tienen por objeto garantizar el derecho de los interesados en la inscripción ó anotación del documento, por el término de ciento veinte días que duran sus efectos, durante los cuales, si presentaren un nuevo título ó subsanaren cualquier obstáculo que impida la inscripción del anterior, pueden inscribir su derecho retrotrayendo los efectos de la inscripción á la fecha de la anotación preventiva.

Id.—Enagenación de bienes inmuebles anotados por denegación de inscripción.—Las disposiciones del art. 71 de la Ley Hipotecaria, son de aplicación general á todas las anotaciones preventivas, incluyendo las que se tomen por denegación de inscripción de documentos, y en su virtud, vendida una finca que estuviere anotada preventivamente á favor de un comprador anterior, esa anotación no puede ser obstáculo para la inscripción de una escritura de venta posterior á favor de otra persona, ni pueden perjudicar, tampoco, á la inscripción de esta escritura, los derechos que aquella anotación otorgue al primer adquirente.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Antonsanti.*

El Juez Presidente Sr. Quiñones, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por abogado Don Frank Antonsanti y Capó contra negativa del Registrador de la Propiedad de esta Capital á inscribir una escritura de compra-venta de varias participaciones de dominio en una finca rústica.

*Resultando* que por escritura pública otorgada en el pueblo de Trujillo-Alto, del término municipal de Carolina, ante el abogado y notario de esta capital Don Da-

mián Monserrat, en cuatro de febrero del año en curso, los hermanos Don José, Don Julio, Don Matías, Don Pedro, Don Ramón, Don Mateo, Doña Isabel y Doña Dolores Díaz y Aponte, vendieron al abogado Don Frank Antonsanti y Capó, la mitad que les restaba del condominio que les correspondía á razón de una once ava parte cada uno, en una finca rústica de ciento cuarenta y cuatro cuerdas de extensión superficial, radicada en el barrio de "Dos Bocas", de la jurisdicción de Trujillo-alto, del término municipal de Carolina, en precio y cantidad de mil dollars, que los vendedores confesaron recibidos con anterioridad; y que presentada una copia de dicha escritura al Registro de la Propiedad de esta Capital para su inscripción, le fué denegada por el Registrador por los motivos expresados en la nota puesta al pie de dicho documento, la que copiada á la letra dice así:

"NO admitida la inscripción del precedente título por aparecer del Registro que en veinte y cuatro de febrero anterior se ha extendido anotación preventiva por término de ciento veinte días á favor de Don Clemente Fernández y Barreto de la venta de la finca á que se refiere este documento, que le hizo Doña Carmen Aponte, causante de los actuales vendedores de parte de la expresada finca Señores Díaz y Aponte, no pudiendo, por tanto, practicarse la inscripción que ahora se pretende mientras duren los efectos de dicha anotación; y en cumplimiento de la ley sobre recursos contra las resoluciones de los Registradores, se ha extendido anotación preventiva á favor de Don Frank Antonsanti al folio 172 vuelto, tomo 4o., de Trujillo Alto, finca 146 duplicado, anotación letra B., que tendrá efecto legal durante ciento veinte días desde su fecha. San Juan, Puerto Rico, 4 de marzo de 1905.—El Registrador ,José Benedicto."

*Resultando* que no estando conforme el comprador Don Frank Antonsanti con la negativa del Registrador de la Propiedad, pidió á éste que elevara el documento presentado á esta Corte Suprema para su resolución, como así lo verificó el Registrador con el oportuno oficio de remisión.

*Considerando* que las anotaciones preventivas que de-

ben tomar los Registradores de la Propiedad cuando deniegan la inscripción, ó anotación de cualquier documento, por defectos insubsanables del mismo, con arreglo á la ley votada por la Asamblea Legislativa de esta isla de 1o. de marzo de 1902, sobre "Recursos contra las resoluciones de los Registradores de la Propiedad", no tienen otro objeto que garantizar el derecho de los interesados en la inscripción ó anotación del documento, por el término de ciento veinte días que duran sus efectos, para que si dentro de dicho término pueden presentar un nuevo título ó subsanar cualquier obstáculo que impidiera la inscripción del anterior, puedan inscribir su derecho, retrotrayendo los efectos de la inscripción á la fecha de la anotación preventiva.

*Considerando* que no concediéndole la Ley de la Asamblea Legislativa de que se ha hecho mérito otros efectos á las anotaciones preventivas de que se trata, debe serles aplicable el artículo 71 de la Ley Hipotecaria vigente, que es general para todas las anotaciones de aquella clase, y según el cual, "los bienes inmuebles ó derechos reales anotados podrán ser enagenados ó gravados; pero sin perjuicio del derecho de la persona, á cuyo favor se haya hecho la anotación;"y por consiguiente, que haciendo aplicación de esta doctrina al caso presente, no puede haber inconveniente en que se inscriba la escritura de Don Frank Antonsanti, sin perjuicio de los derechos de Don Clemente Fernández que obtuvo la anterior anotación.

*Vistas* las disposiciones legales citadas.

*Se revoca* la nota puesta por el Registrador de la Propiedad de esta capital al pie de la escritura de que se trata en el presente recurso, y se declara que no es obstáculo para la inscripción de dicha escritura, la anterior anotación preventiva tomada á favor de Don Clemente Fernández, sin perjuicio de sus derechos; y devuélvase al Registrador de la Propiedad de esta Capital el documento pre-

sentado con copia de la presente resolución para su conocimiento y demás efectos procedentes.

*Revocada.*

Jueces concurrentes: Sres. Hernández, Figueras y Mac Leary.

El Juez Asociado Sr. Wolf, no intervino en la resolución de este caso.